FILED
NOV 0 2 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 03-40019-JPG |
| ) | |
| ROBERT R. BANKS, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) and 846 |
| Defendant. ) | |

## SECOND SUPERSEDING INDICTMENT

### Count 1

From in or about September, 1998, to on or about February 22, 2003, in Jackson and Williamson Counties, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally combine, conspire and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing cocaine base, "crack cocaine," a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### Count 2

From in or about September, 1998, to on or about February 22, 2003, in Jackson and Williamson Counties, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally combine, conspire and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute cocaine, a

1

Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

### Count 3

From in or about September, 1998, to in or about February 2001, in Jackson and Williamson Counties, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally combine, conspire and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 50 kilograms or more of a mixture or substance containing marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

### Count 4

On or about February 1, 2001, in Jackson County, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### Count 5

On or about February 17, 2003, in Williamson County, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

## Count 6

On or about February 22, 2003, in Williamson County, within the Southern District of Illinois,

**ROBERT R. BANKS,**

defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

*John Dantel*
FOREPERSON

*Amanda Robertson*
AMANDA A. ROBERTSON
Assistant United States Attorney

*Kit Morrissey / for*
RONALD J. TENPAS
United States Attorney

Recommended Bond: Detention