# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT R. BANKS,<br><br>    Defendant. | Case No. 03-cr-40019 |

## ORDER

**GILBERT, District Judge:**

This matter is before the Court on Defendant's Motion for Copy of Presentence Investigation Report (Doc. 136). Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**
**Dated: September 2, 2009**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **U.S. District Judge**